IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARKEL CARR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL CASE NO. 3:24-cv-100-ECM ) |
| LEE COUNTY DETENTION CENTER, | ) ) |
| Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

On March 25, 2024, the Magistrate Judge entered a Recommendation (doc. 4) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 4) is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to comply with the Orders of the Court.

A separate Final Judgment will be entered.

DONE this 2nd day of July, 2024.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE